UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

LUIS RAMOS,

                                                        Plaintiff,    **NOTICE OF APPEARANCE**

            -against-

CITY OF NEW YORK et al,                          **08-CV-3873 (VM)**

                                          Defendants.

                                                        **FILED BY ECF**

------------------------------------------------------------------------ x

      **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for the City of New York and requests that all future papers in this action be served upon the undersigned at the address stated below.

Dated:  New York, New York
           August 6, 2008

                                          MICHAEL A. CARDOZO
                                          Corporation Counsel of
                                          the City of New York
                                          100 Church Street
                                          New York, New York 10007
                                          (212) 788-0987
                                          Fax: (212) 788-9776

                                          By:    _____/S/_____
                                                    Brian G. Maxey
                                                    Assistant Corporation Counsel